E. BRYAN WILSON
Acting United States Attorney

GEORGE TRAN
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: george.tran@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:21-cr-00038-SLG-DMS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| MICHAEL GLENN WHITMORE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**NOTICE OF ATTORNEY APPEARANCE**

COMES NOW the United States, by and through undersigned counsel, and hereby gives notice that Assistant U.S. Attorney, George Tran, now appears as co-counsel for the United States of America in the above-entitled action.

//

//

//

All future correspondence in this matter should be sent to:

GEORGE TRAN
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: george.tran@usdoj.gov

RESPECTFULLY SUBMITTED March 22, 2021, at Anchorage, Alaska.

E. BRYAN WILSON
Acting United States Attorney

s/ George Tran
GEORGE TRAN
Assistant U.S. Attorney
United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on March 22, 2021,
a true and correct copy of the foregoing
was served electronically on the following:

Counsel of Record

s/ George Tran
Office of the U.S. Attorney

U.S. v. Whitmore
3:21-cr-00038-SLG-DMS                    Page 2 of 2