# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>MICHAEL GLENN WHITMORE,<br><br>        Defendant. | Case No. 3:21-cr-00038-SLG-MMS |

### ORDER RE FINAL REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE UPON A PLEA OF GUILTY

A notice of intent to change plea was filed in this case at Docket 75. A notice of stipulated facts was filed at Docket 80. Pursuant to Rule 11 of the Federal Rules of Criminal Procedure, this matter was referred to the Honorable Magistrate Judge Matthew M. Scoble by the District Court, with the written and oral consents of Defendant, counsel for Defendant, and counsel for the United States. A proposed change of plea hearing was held before the magistrate judge at which Defendant entered a guilty plea to Counts 1 and 2 of the Indictment, Distribution of Child Pornography and Possession of Child Pornography, which are violations of 18 U.S.C. §§ 2252A(a)(2), (b)(1) and 2252A(a)(5)(B), (b)(2). Defendant also admitted to the Criminal Forfeiture Allegation.

Judge Scoble issued a Final Report and Recommendation at Docket 84, in which he recommended that the District Court accept Defendant's plea of guilty to

Counts 1 and 2 of the Indictment and Defendant's admission to the Criminal Forfeiture Allegation. No objections to the Final Report and Recommendation have been filed.

The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1). The Court has reviewed the Final Report and Recommendation and adopts it. Accordingly, IT IS ORDERED that the Court ACCEPTS Defendant's plea of guilty to Counts 1 and 2 of the Indictment— Distribution of Child Pornography and Possession of Child Pornography —and Defendant is adjudged GUILTY of Counts 1 and 2. The Court ACCEPTS Defendant's admission to the Criminal Forfeiture Allegation. An Imposition of Sentence hearing has been scheduled for December 15, 2022, at 10:00 a.m. before District Judge Sharon L. Gleason in Anchorage Courtroom 2.

DATED this 31st day of August, 2022, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No. 3:21-cr-00038-SLG-MMS, *United States v. Whitmore*
Order Re Final Report and Recommendation of the Magistrate Judge Upon a Plea of Guilty
Page 2 of 2
Case 3:21-cr-00038-SLG-MMS   Document 86   Filed 08/31/22   Page 2 of 2