IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br> v.<br>MICHAEL GLENN WHITMORE,<br><br>    Defendant. | Case No. 3:21-cr-00038-SLG-MMS |

**PRELIMINARY ORDER OF FORFEITURE**

  Before the Court at Docket 11 is Plaintiff's Motion for Preliminary Order of Forfeiture. Pursuant to Federal Rule of Criminal Procedure 32.2(b)(2), based on defendant's guilty plea and admission to forfeiture, the Court GRANTS the Motion for Preliminary Order of Forfeiture (Docket 111), and finds as follows:

  The defendant, having been convicted of 18 U.S.C. § 2252(a)(2), (a)(5)(B), (b)(1) and (b)(2), shall forfeit to the United States, pursuant to 18 U.S.C. § 2253, his interest, if any visual depiction described in 18 U.S.C. §§ 2251, 2251A, 2252, 2252A, 2252B, or 2260, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Title 18, United States Code, Chapter 110 – Sexual Exploitation and Other Abuse of Children, and/or any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense, and/or any property, real or personal, used or intended to be

used to commit or to promote the commission of such offense or any property traceable to such property, including without limitation:

1. **A TCL cell phone seized from his residence on March 10, 2021;**
2. **An iPhone in Lakers case – Apple iPhone 11, model: A2111 SN: FK1ZG1BQZ731, and;**
3. **A gray iPhone 5, model A1533- SN: DX3QC23UFFDP.**

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED and DECREED as follows:

The above-listed property is hereby condemned and forfeited to the United States of America pursuant to 18 U.S.C. § 2253, and defendant shall forthwith forfeit all right, title and interest, if any, in the above-listed property.

Pursuant to Federal Rule of Criminal Procedure 32.2(b)(3), the United States Marshals Service and/or the Federal Bureau of Investigation is authorized to seize and take possession of the aforementioned property and hold such in its secure custody and control until further order of this Court, may conduct any discovery the Court considers proper in identifying, locating, or disposing of said property; and to commence proceedings that comply with any statutes governing third-party rights.

Pursuant to 21 U.S.C. § 853(n), the United States Attorney's Office shall publish notice of this Preliminary Order of Forfeiture and of the United States' intent to dispose of the property in such manner as the Attorney General may direct. The

Case No. 3:21-cr-00038-SLG-MMS, *USA v. Whitmore*
Preliminary Order of Forfeiture
Page 2 of 3
Case 3:21-cr-00038-SLG-MMS   Document 112   Filed 03/08/24   Page 2 of 3

notice shall be published on the official government forfeiture website, www.forfeiture.gov, for at least 30 consecutive days. The notice shall state that any person, other than the defendant, having or claiming a legal interest in the above-listed forfeited property must file a petition with the Court within 60 days from the first publication of notice or 30 days of receipt of actual notice, whichever is earlier.

The notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property. The petition shall also set forth any additional facts supporting the petitioner's claim and the relief sought.

The United States may also, to the extent practicable, provide direct written notice as substitute for published notice to any person known to have alleged an interest in the property that is the subject of this Preliminary Order of Forfeiture. Upon adjudication of all third-party interests, this Court shall enter a final order of forfeiture in which all interests will be addressed.

DATED this 8th day of March 2024, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No. 3:21-cr-00038-SLG-MMS, *USA v. Whitmore*
Preliminary Order of Forfeiture
Page 3 of 3
Case 3:21-cr-00038-SLG-MMS   Document 112   Filed 03/08/24   Page 3 of 3